UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 03CR10393-mcw ) VIOLATIONS: |
| STEVEN VARGAS | ) 18 U.S.C. § 922(a)(1)(A) ) Engaging in the Business ) of Dealing in Firearms ) Without a License |

INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(a)(1)(A)- Engaging in the
             Business of Dealing in Firearms Without
             a License)

The Grand Jury charges that:

Between on or about October 12, 2001 and on or about
April 30, 2003, at Lowell in the District of Massachusetts,

STEVEN VARGAS,

defendant herein, not being a licensed importer, manufacturer or
dealer under the provisions of Chapter 44 of Title 18, United
States Code, did willfully engage in the business of dealing in
firearms, including: a Bryco, Model Jennings 9, 9mm semi
automatic pistol, bearing serial number 1407655; a Bryco, Model
Jennings 9, 9mm semi automatic pistol, bearing serial number
1409929; a TII (Talon Industries),.380 caliber semi automatic
pistol, bearing serial number 003759; a Lorcin, Model L25, .25
caliber semi automatic pistol, bearing serial number 268315; an
FIE, Model Titan, .25 caliber semi automatic pistol, bearing
serial number D941355; a Bryco, Model Jennings 9, 9mm semi
automatic pistol, bearing serial number 1492622;

a Smith and Wesson, Model 686, .357 caliber revolver, bearing
serial number AEK5135; a Bryco, Model Jennings 9, 9mm semi
automatic pistol, bearing serial number 1417208; a Bryco, Model
Jennings 9, 9mm semi automatic pistol, bearing serial number
1437484; a Bryco, Model Jennings 9, 9mm semi automatic pistol,
bearing serial number 1459608; and a Phoenix Arms, Model HP22,
.22 cal revolver, bearing serial number 4186783.

All in violation of Title 18, United States Code, Section
922(a)(1)(A).

A TRUE BILL

_Edward Murphy 12/17/03_
FOREPERSON OF THE GRAND JURY

MARIANNE C. HINKLE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 17, 2003 @ 3:49 PM

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No. __II__                Investigating Agency  __ATF__

City    __Lowell__                        **Related Case Information:**

County    __Middlesex__                  Superseding Ind./ Inf. _____    Case No. _____
                                         Same Defendant _____  New Defendant _____
                                         Magistrate Judge Case Number    _____
                                         Search Warrant Case Number      _____
                                         R 20/R 40 from District of       _____

**Defendant Information:**

Defendant Name   __Steven Vargas__                        Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date: __\*\*/\*\*/79__   SS#: __\*\*\*-\*\*-0239__   Sex: __M__   Race: __H__        Nationality: __U.S.__

**Defense Counsel if known:** _____        Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    __Antoinette M. Leoney__                    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony    1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/17/03__                Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Steven Vargas _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922 (a)(1)(A) | Dealing in Firearms Without a License | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

_____

_____

js45.wpd - 3/13/02