UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>**UNITED STATES**</u> | **CRIMINAL CASE** |
| v. | **NO.** <u>03-10393-MLW</u> |
| <u>**STEVEN VARGAS**</u> | |
| Defendant(s) | |

## NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>OCTOBER 14, 2004</u> at 3:30 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

TONY ANASTAS
CLERK OF COURT

<u>**October 7, 2004**</u>     By:  <u>/s/ Dennis O'Leary</u>
Date                              Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)          [ntchrgcnf.]
                                  [kntchrgcnf.]