UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10393

| United States of America | Steven Vargas |
| PLAINTIFF | DEFENDANT |
| William Connolly | David Duncan |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                    REPORTER  Twomey

CLERK'S NOTES

| DATES: | Rule 11 Hearing Held |
|---|---|
| 10/14/04 | Defendant takes the stand and is sworn. Plea colloquy given. Government states the maximum penalty. |
| | Government summarizes the evidence had the case gone to trial. Defendant pleads guilty to a one count |
| | indictment. Court accepts the defendant's plea of guilty and orders the clerk to enter the same. Sentencing |
| | scheduled for January 21, 2005 at 3:00 PM. Sentencing procedural order to issue. Court release is |
| | continued by the court under the conditions previously set. Defendant requests that the conditions be |
| | modified to eliminate the condition of coming to Boston once a week to report to PTS. Court denies |