UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CRIMINAL CASE
NO. 03-10393-MLW**

V.

**STEVE VARGAS**
    **Defendant(s)**

## AMENDED NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** previously scheduled for **JANUARY 21, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **FEBRUARY 23, 2005** at **4:00 P.M.** in Courtroom # **10** on the **5**th floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by FEBRUARY 9, 2004. Any responses shall be filed by FEBRUARY 16, 2004.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

TONY ANASTAS
CLERK OF COURT

**January 3, 2005**     By:    **/s/ Dennis O'Leary**
    Date                              **Deputy Clerk**
Notice to:
(crim-dispo-cancel.wpd - 7/99)        [ntchrgcnf.][kntchrgcnf.]