AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
CLERKS OFFICE

2005 JAN 28 P 3:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

**v.**

STEVEN VARGAS

## WARRANT FOR ARREST

CASE NUMBER: *03-10393 - MLW*

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ STEVEN VARGAS _____
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

dealing in firearms without a license

in violation of
Title _____ United States Code, Section(s) 922(a)(1)(A)

*Sheil* _____
Name of Issuing Officer

_____
Signature of Issuing Officer

*Operations Supervisor*
Title of Issuing Officer

*12/17/03  Boston, Ma*
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY ATF BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/11/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.