UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. No. 03-10393-MLW |
| STEVEN VARGAS<br>    defendant | ) ) ) | |

*DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING DATE*

The defendant, Steven Vargas, moves to continue the date for sentencing from February 22, 2003, to the second week in March or such later time as is available on the Court's calendar. As grounds therefor, the defendant states that counsel has been engaged in the trial before this Court of *United States v. Pappathanasi*, since January 31, 2005, and has not had time to adequately prepare to argue sentencing, and in particular he has not had time to review and consider the impact of school and treatment records for the defendant which the Probation Officer provided to counsel shortly before trial began.

By his Attorney,

/s/ David Duncan
Zalkind, Rodriguez, Lunt & Duncan, LLP
65a Atlantic Avenue
Boston, MA  02110
(6l7) 742-6020

February 16, 2005

ASSENTED TO:    Antoinette E. M. Leoney, (telephone assent)
Assistant United States Attorney

G:\CLIENT R-V\Vargas\Docket\continue.sentence.mtn.wpd