

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*


March 28, 2005


Mr. Dennis O'Leary, Courtroom Clerk
 to the Honorable Mark L. Wolf
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:  <u>United States v. Steven Vargas</u>
          Criminal No. 03-10393-MLW

Dear Mr. O'Leary:

    On October 14, 2004, the above-referenced defendant pled guilty to a one-count superseding indictment before Judge Mark L. Wolf.  The case was eventually rescheduled for sentencing on February 21, 2005.  However, on or about February 16, 2005, Attorney David Duncan, Counsel for Defendant Steven Vargas, filed a motion to continue this sentencing date until sometime in the second week of March or such later time as is available on the Court's calendar. According to the Court Docket, Judge Wolf entered an Order granting the motion.  Notwithstanding, the Court has yet to set a new sentencing date.

    **I am writing, therefore, to request that the Court reschedule a Sentencing date in this matter.**

    Finally, please be advised that Mr. Vargas is presently in the custody of the U.S. Marshals Service, having been ordered detained pending sentencing for violations of conditions of release by U.S. Magistrate Judge Joyce London Alexander, following a detention/bail revocation hearing held on February 2, 2005.

Thank you for your attention to this matter.

                                 Very truly yours,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                       By:   /s/Antoinette E.M. Leoney
                                 ANTOINETTE E.M. LEONEY
                                 Assistant U.S. Attorney

cc:  David Duncan, Esq.