UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. No. 03-10393-MLW |
| STEVEN VARGAS<br>    defendant | ) ) ) | |

*DEFENDANT'S MOTION TO SET SENTENCING DATE*

The defendant, Steven Vargas, moves to set a sentencing date in the third or fourth week of May, 2005, or such later time as is available on the Court's calendar. As grounds therefor, the defendant states that he has today file, *ex parte*, a motion for funds for a psychiatric evaluation for sentencing purposes, together with counsel's affidavit stating the schedule of the psychiatric examiner. In order to complete the evaluation, the defendant requests that sentencing not be scheduled before the third week of May.

By his Attorney,

/s/ David Duncan
Zalkind, Rodriguez, Lunt & Duncan, LLP
65a Atlantic Avenue
Boston, MA  02110
(6l7) 742-6020

March 30, 2005

P:\CLIENT R-V\Vargas\Docket\set.sentence.mtn.wpd