UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>STEVEN VARGAS )<br>   defendant )<br>) | CR. No. 03-10393-MLW |

### *DEFENDANT'S MOTION TO FILE FORENSIC EVALUATION OF DEFENDANT UNDER SEAL*

The defendant, Steven Vargas, moves to file the attached Forensic Evaluation under seal, to be available to the Court, the parties and Probation. As grounds therefor, the defendant states that the Evaluation contains sensitive material, not only about him but about his family, which it is unecessary to make public and would be especially embarassing because filed documents not under seal are now available over the internet.

By his Attorney,

_____
David Duncan (BBO #546121)
Zalkind, Rodriguez, Lunt & Duncan, LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

May 20, 2005

### CERTIFICATE OF SERVICE

I certify that I have today served by hand delivery a copy of the foregoing on the attorney for the government, Antoinette E. M. Leoney, U.S. Attorney's Office, Suite 9200, One Courthouse Way, Boston, MA 02210.

_____
David Duncan