```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

                                )
UNITED STATES OF AMERICA        )
                                )CRIMINAL NO. 03-10393-MLW
     v.                         )
                                )
STEVEN VARGAS,                  )
                                )
          Defendant.            )
```

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Antoinette E.M. Leoney, Assistant U.S. Attorney, hereby moves, pursuant to U.S.S.G. §3E1.1(b) (effective April 30, 2003) and to the extent prescribed by U.S.S.G. §1B1.11, for an additional one level decrease in Defendant Steven Vargas' offense level for acceptance of responsibility. The defendant is scheduled to be sentenced on June 6, 2005.

As grounds therefore, the government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, the government respectfully requests that the Court impose an additional one level decrease in Defendant

Steven Vargas' offense level for acceptance of responsibility.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Antoinette E.M. Leoney
      ANTOINETTE E.M. LEONEY
      Assistant U.S. Attorney
Date:  June 6, 2005            (617) 748-3100

## CERTIFICATE OF SERVICE

Suffolk, ss.                    Boston, Massachusetts
                                June 6, 2005

   I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by electronic notice and by hand to David Duncan, Esq., Zalkind Rodriguez Lunt & Duncan, 65a Atlantic Avenue, Boston, MA 02110.

       /s/ Antoinette E.M. Leoney
      ANTOINETTE E.M. LEONEY
      Assistant U.S. Attorney