UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10393

| United States | Steven Vargas |
|---|---|
| PLAINTIFF | DEFENDANT |
| Antoinette Leoney | David Duncan |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/3/05 | Court adopts all factual statements contained in the pre-sentence report without objections. Advisory guidelines are TOL 19, CH III, 37-46 months custody, 24-36 months supervised release, $6K-$60K fine and $100 special assessment fee. Government recommends a sentence of 37 months custody, 36 months supervised release, $6K fine and $100 special assessment fee. Defendant advocates for a downward departure to 24 months custody. Defendant addresses the court. Formal sentencing: 37 months custody followed by 36 months supervised release on the standard conditions plus participate in drug treatment/testing program as prescribed by probation including any possible in-patient care, participate in a mental health program as prescribed by probation. Court does not impose a fine but does impose a $100 special assessment fee. Defendant advised of his right to appeal and to counsel. Defendant asks for a judicial recommendation that the defendant be designated to FCI Fort Dix. Court declines the request. |